**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 6:22-CR-00128-JDK-4 |
| | § | |
| GINA DENISE CRENSHAW | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Gina Denise Crenshaw be sentenced to twelve months and one day imprisonment, followed by twelve months of supervised release. The Court recommends that Defendant serve her sentence at FPC Bryan, TX, if available, and that she receive drug treatment.

So **ORDERED** and **SIGNED** this **15th** day of **April, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE